UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Chad Evans,
        Petitioner

v.                                          No. 1:08-cv-105-JD

Warden,
New Hampshire State Prison,
        Respondent

OBJECTION TO MOTION FOR SUMMARY JUDGMENT

Chad Evans objects to the Warden's Motion for Summary
Judgment.

In support, Evans states:

1.  He incorporates by reference all factual assertions and
legal arguments in his Petition for Writ of Habeas Corpus
Pursuant to 28 U.S.C. §2254.

2.  Evans agrees that no evidentiary hearing is necessary to
resolve the pending issues and that the Court may enter judgment
on the pleadings.

3.  Evans asserts that the Warden is not entitled to summary
judgment as a matter of law.  In addition to the arguments in his
Petition, Evans had filed a Memorandum of Law to support both
this Objection and his separately-filed Cross Motion for Summary
Judgment.

WHEREFORE, Evans respectfully requests that this Honorable
Court deny the Warden's Motion for Summary Judgment.

-2-

Respectfully submitted,


/s/ David M. Rothstein
By_____
David M. Rothstein #5991
Deputy Chief Appellate Defender
Appellate Defender Program
2 White Street
Concord, NH  03301
603) 228-9218
Email:  drothstein@piercelaw.edu



CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Motion has
been emailed this 17th day of March, 2010, to:

Elizabeth C. Woodcock
ASsistant Assistant Attorney General
at:  Elizabeth.Woodcock@doj.nh.gov




/s/   David M. Rothstein
David M. Rothstein


DATED: March 17, 2010