```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

Chad Evans,
     Petitioner

v.                                      No. 1:08-cv-105-JD

Warden,
New Hampshire State Prison,
     Respondent

### CROSS-MOTION FOR SUMMARY JUDGMENT

Chad Evans files a <u>Cross-Motion for Summary Judgment</u>.

As grounds, Evans states:

1.  He incorporates by reference all factual assertions and legal arguments in his <u>Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254</u>.

2.  Evans agrees that no evidentiary hearing is necessary to resolve the pending claims and that the Court may enter judgment on the pleadings.

3.  For the reasons stated in his <u>Petition</u>, as well as his <u>Memorandum of Law</u> in support of both his <u>Objection</u> to the Warden's <u>Motion for Summary Judgment</u> and his <u>Cross-Motion for Summary Judgment</u>, Evans asserts that he is entitled to summary judgment on the pleadings.

WHEREFORE, Mr. Evans respectfully requests that this Honorable Court:

-2-

a. Grant his <u>Cross-Motion for Summary Judgment</u>; and

b. Order the Sentence Review Division of the New Hampshire Superior Court to reinstate Evans's sentence of 28 years to life in prison.

Respectfully submitted,

/s/ David M. Rothstein
By_____
David M. Rothstein #5991
Deputy Chief Appellate Defender
Appellate Defender Program
2 White Street
Concord, NH 03301
603) 228-9218
Email: drothstein@piercelaw.edu

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion has been emailed this 17th day of March, 2010, to:

Elizabeth C. Woodcock
ASsistant Assistant Attorney General
at: <u>Elizabeth.Woodcock@doj.nh.gov</u>

/s/   David M. Rothstein
David M. Rothstein

DATED: March 17, 2010