UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Chad Evans</u>

    v.                              Civil No. 08-cv-105-JD

<u>Warden, New Hampshire State Prison</u>


<u>O R D E R</u>

    Chad Evans seeks relief pursuant to 28 U.S.C. § 2254. The Warden initially filed a motion for summary judgment in lieu of an answer. After being directed to file an answer or otherwise plead, the Warden filed an answer that does not comply with Rules Governing Section 2254 Cases, Rule 5(c) and (d). The Warden shall refile his answer, **on or before June 1, 2010,** in compliance with all parts of Rule 5.

    SO ORDERED.

                                              _____
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

May 19, 2010

cc:   David M. Rothstein, Esquire
       Elizabeth C. Woodcock, Esquire